1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ALONZO JAMES JOSEPH,                      No.  2:17-cv-1193 MCE AC P

12                    Plaintiff,

13        v.                                   ORDER

14   V. NOGUCHI,

15                    Defendant.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On December 18, 2017, the magistrate judge filed findings and recommendations herein

21   which were served on Plaintiff and which contained notice to Plaintiff that any objections to the

22   findings and recommendations were to be filed within twenty-one days.  ECF No. 19.  Plaintiff

23   has filed objections to the findings and recommendations.  ECF No. 20.

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26   Court finds the findings and recommendations to be supported by the record and by proper

27   analysis.

28   ////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 18, 2017 (ECF No. 19), are ADOPTED IN FULL; and

2. Plaintiff's request for in forma pauperis status (ECF No. 2) is DENIED pursuant to 28 U.S.C. §1915(g).

IT IS SO ORDERED.

Dated: February 13, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE