UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO JAMES JOSEPH,<br><br>Plaintiff,<br><br>v.<br><br>V. NOGUCHI,<br><br>Defendant. | No. 2:17-cv-1193 TLN AC P<br><br>FINDINGS AND RECOMMENDATIONS |

By an order issued April 9, 2018, plaintiff was ordered to pay the $400.00 filing fee in compliance with 28 U.S.C. §§ 1914(a), 1914 (Judicial Conference Schedule of Fees, No. 14) within thirty days. At that time, plaintiff was also cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not paid the required fee.

Accordingly, IT IS HEREBY RECOMMENDED that this action be DISMISSED without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 14, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE